# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donnie Ray Winston,

    Petitioner,

vs.

John Neil Vaughn,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08cv80

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/22/2008 Order.

Signed: May 22, 2008

Frank G. Johns, Clerk
United States District Court